# UNITED STATES BANKRUPTCY COURT
## FOR THE Southern District of FLORIDA

IN RE:

LISANDRA HERNANDEZ

§
§
§
§

CASE NO.
23-17419-LMI
Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Caliber Home Loans, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 1
Amount of Claim: $ 166304.86
Date Claim Filed: 09/29/2023

Phone: (800)365-7107
Last Four Digits of Acct #: 8808

Phone: (800) 643-0202
Last Four Digits of Acct.#: 8808

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                     Date:                10/11/2023

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE Southern District of FLORIDA

IN RE:  § CASE NO.
 § 23-17419-LMI
LISANDRA HERNANDEZ § Chapter 13
 §

CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 10/11/2023 via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*

LISANDRA HERNANDEZ
8415 SW 107th Ave Apt 160W
Miami, FL 33173-4388

**Debtors' Attorney**
ROBERT M GELLER
LAW OFFICES OF ROBERT M. GELLER, P.A.
807 W Azeele St
Tampa, FL 33606-2209

**Chapter 13 Trustee**
NANCY K. NEIDICH
PO Box 279806
Miramar, FL 33027-9806

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen